U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See instructions for "Service of Process by U.S. Marshal"

RECEIVED
U.S. MARSHAL
2006 AUG -7 P 2: 01
PITTSBURGH, PA.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | C.A. No. 02-108E<br>Mis. No. 02-56E |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ANTHONY A. MAGNOTTA and BETTY MAGNOTTA | Amended Notice of Sale/Writ of Execution per Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PREMISES

ADDRESS (Street or RFD, Apartment No., City State and ZIP Code)
320 W. CORYDON STREET, BRADFORD, PA 16701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Eric D. Rosenberg, Esquire
McGrath & Associates, PC
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222

Number of process to be Served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Please post the Amended Notice of Sale together with the Writ of Execution pursuant to the attached Order of Court dated June 9, 2006, on premises before July 31, 2006, which is 30 days before the date of the sale. When filing your return on this 285 form, please attach copies of same which we provided herewith.

Signature of Attorney or other Originator requesting service on behalf of ☒ Plaintiff ☐ Defendant
TELEPHONE NUMBER: (412) 281-4333
DATE: June 21, 2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin: 68
District to Serve: 68
Signature of Authorized USMS Deputy or Clerk: 7/21/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above):
Date: 7/28/06
Time: 11:40 ☐ am ☐ pm

Signature of U.S. Marshal or Deputy: William V. _____

| Service Fee | Total Mileage Charges Including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 225.00 | 82.80 | | 307.80 | | |

REMARKS: TO ERIE 6-29-06
— No extra copies provided as stated

PRIOR EDITIONS MAY BE USED
PRINT 5 COPIES:
1. CLERK OF COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGEMENT OF RECEIPT