IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Mis. No. 02-56E |
| Plaintiff, ) | |
| ) | C.A. No. 02-108E |
| vs. ) | |
| ) | |
| ANTHONY A. MAGNOTTA and ) | |
| BETTY MAGNOTTA, | |
| Defendants. | |

## SCHEDULE OF DISTRIBUTION

Real property cried and sold to the United States of America, acting through the Secretary of Veterans' Affairs, in consideration of the sum of $68,007.18.

Total bid to the United States of America, acting through the Secretary of Veterans' Affairs, to be applied to the within judgment as above captioned is $65,251.76. Other amounts distributed from the proceeds of the sale are set forth in detail in Exhibit "A" which is attached hereto.

THOMAS FITZGERALD
United States Marshal for the
Western District of Pennsylvania

Distribution of money received from sale of real estate of Anthony A. Magnotta and Betty Magnotta, by Thomas Fitzgerald, United States Marshal, August 31, 2006 at Mis. No. 02-56E and C.A. No. 02-108E.

                        Bid:      $68,007.18

U.S. Marshal's Costs .................................................$2,755.42

                        $  2,755.42

                        $ 65,251.76

_____
THOMAS FITZGERALD
United States Marshal for the
Western District of Pennsylvania